UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

A.G.R, a minor, by and through his
parents and natural guardians, Yuridia
Rios Rios and Filogoneo Garcia - Ojeda

Case No: 2:18 - cv - 00342 - SPC - MRM

Florida Bar No: 379352

**Plaintiff**

vs.

UNITED STATES OF AMERICA

**Defendant**
_____/

## MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

Plaintiff, A.G.R., by and through his parents and natural guardians, Yuridia Rios Rios and Filogoneo Garcia-Ojeda, his parents and natural and natural guardians, pursuant to Florida Statutes §744.301 and 744.387 and Rule 5.636, Florida Rules of Probate, moves this Court for entry of an Order Appointing a Guardian Ad Litem, and for grounds would state as follows:

1. This is a personal injury/medical malpractice case brought by Yuridia Rios Rios and Filogoneo Garcia-Ojeda, the parents and natural guardians of A.G.R., a minor.

2. The Mediator's Report reflecting settlement agreement was filed on November 23, 2018.

3. In as much as the settlement involves the claim of a minor, a Guardian Ad Litem must be appointed to review the settlement offer and proposed distribution of proceeds to determine if they are in the best interest of the minor.

4. Plaintiff suggests the appointment of attorney **Kenneth Oliver,** who is a partner in the Fort Myers office of Kubicki Draper, an experienced trial lawyer, and a member of the

M/ APPT GAL 2                                    Case No: 2:18 - cv - 00342 - SPC - MRM

American Board of Trial Advocates (ABOTA), whose members are pledged to providing this service to the Court.

5.      Plaintiff's counsel certifies pursuant to M.D. Fla. R. 3.01(g) that he has conferred with opposing counsel, Assistant United States Attorney Kyle Cohen, before filing the Motion, and that Mr. Cohen is in agreement with the Motion and the appointment of Kenneth Oliver as Guardian Ad Litem.

WHEREFORE, plaintiff respectfully requests this Court to enter an Order Appointing Kenneth Oliver as Guardian Ad Litem for the interests of A.G.R., a minor..

Respectfully submitted this 28th day of November, 2018.

> KENNETH J. BUSH, P.A.
> Attorneys for the Plaintiff(s)
> 2100 Salzedo Street, Suite 303
> Coral Gables, FL 33134
> Tel: (305) 443-3795
> Fax: (305) 443-3843
> bush@kjbushlaw.com
>
> BY _____
> KENNETH J. BUSH

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the above and foregoing was emailed this 28 day of November 2018 to the attached service list.

> KENNETH J. BUSH, P.A.
> Attorneys for the Plaintiff(s)
> 2100 Salzedo Street, Suite 303
> Coral Gables, FL 33134
> Tel: (305) 443-3795
> Fax: (305) 443-3843
> bush@kjbushlaw.com
>
> BY _____
> KENNETH J. BUSH

**SERVICE LIST**

Kyle S. Cohen, Esquire
Assistant United States Attorney
2110 First Street, Suite 3-137
Ft. Myers, FL 33901

Kenneth M. Oliver
Kubicki Draper
13350 Metro Pkwy Ste 401
Fort Myers, FL 33966-4796
Office: 239-334-8403
Fax: 239-939-0700
ko@kubickidraper.com