UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

A.G.R., a minor, by and through his parents
and natural guardians, Yuridia Rios Rios
and Filogones Garcia-Ojeda,

      Plaintiff,

v.                                                   Case No:   2:18-cv-342-FtM-38MRM

UNITED STATES OF AMERICA,

      Defendant.
_____/

## ORDER

Pending before the Court is a Motion for Appointment of Guardian Ad Litem, filed on November 28, 2018.  (Doc. 21).  Plaintiff, by and through his parents and natural guardians, Yuridia Rios Rios and Filogoneo Garcia-Ojeda, moves this Court for entry of an order appointing a guardian ad litem as the parties have reached a settlement.  Plaintiff asserts that since the settlement "involves the claim of a minor, a Guardian Ad Litem must be appointed to review the settlement offer and proposed distribution of proceeds to determine if they are in the best interests of the minor."  (*Id.* at 1).  The parties have agreed on the individual to act as appointed guardian ad litem.  (*Id.* at 2).

Plaintiff files this motion pursuant to Florida law.  (*See Id.* at 1).  Under Florida law, the Court "may appoint a guardian ad litem to represent the minor's interest before approving a settlement of the minor's portion of the claim in a case in which . . . the gross settlement of the claim exceeds $15,000 if the court believes a guardian ad litem is necessary to protect the minor's interest."  Fla. Stat. § 744.3025(1)(a).  Section 744.3025(1)(b) further provides that the Court "shall appoint a guardian ad litem to represent the minor's interest before approving a

settlement of the minor's claim in a case in which the gross settlement involving a minor equals or exceeds $50,000." The parties have not informed the Court of the terms of the settlement.

The Court acknowledges that this case arises under federal law and that Plaintiff has brought this action in federal court. "It is well established that '[t]he appointment of a guardian ad litem is a procedural question controlled by Rule 17(c) of the Federal Rules of Civil Procedure.'" *Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001). In *Burke*, the Eleventh Circuit held that "unless a conflict of interest exists between the representative and minor, a district court need not even consider the question whether a guardian ad litem should be appointed." *Id.* Thus, Florida law regarding the appointment of a guardian ad litem in this context is not binding. *See Meyers v. United States*, No. 6:13-cv-1555-Orl, 2014 WL 5038585, at *2 (M.D. Fla. Sept. 29, 2014). However, the Court has found no authority that prohibits the appointment of a guardian ad litem in this context, particularly where a motion for appointment of a guardian ad litem is unopposed. Upon consideration, therefore, the Court grants Plaintiff's request.

Accordingly, it is hereby **ORDERED** that:

1) The Motion for Appointment of Guardian Ad Litem (Doc. 21) is **GRANTED**.

2) The Court hereby appoints Attorney Kenneth Oliver, 13350 Metro Pkwy Ste 401, Fort Myers, FL 33966-4796, ko@kubickidraper.com, as guardian ad litem for the minor child to aid the Court in determining the best interests of the child with regard to the settlement of the case.

3) The Guardian shall review the settlement and provide a report to the Court, including the proposed settlement, the manner in which the proceeds are intended to be distributed, and the sum to be allocated to attorneys' fees, as well as any other matter

required by Florida Statutes governing approval of settlements involving minors. *See* Fla. Stat. § 768.25; Fla. Stat. § 744.3025(2).

4) The Guardian shall immediately undertake his responsibilities in this matter and submit a report in camera for review by the Court to determine the best interests of the child with respect to the settlement offer and distribution of proceeds. The Guardian shall provide the report **no later than January 7, 2019**.

5) If the parties agree that the Guardian will be compensated from the settlement proceeds, such compensation shall not exceed what is reasonable and customary for such services. *See* Fla. Stat. § 744.3025(2).

6) The Clerk of Court is directed to edit the docket to reflect the appointment of Kenneth Oliver as Guardian Ad Litem for the minor child.

**DONE AND ORDERED** in Fort Myers, Florida on November 29, 2018.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties