UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No: 2:18 - cv - 00342 - SPC - MRM

A.G.R, a minor, by and through his parents and natural guardians, Yuridia Rios Rios and Filogoneo Garcia - Ojeda

Florida Bar No: 379352

**Plaintiff**

vs.

**UNITED STATES OF AMERICA**

**Defendant**

_____/

## MOTION FOR APPROVAL OF MINOR'S SETTLEMENT

Plaintiffs, YURIDIA RIOS RIOS and FILOGONEO GARCIA - OJEDA, as parents and natural guardians of A.G.R., a minor, by and through undersigned counsel, pursuant to Florida Statutes §§ 744.301 and 744.387 and Rule 5.636 of the Florida Rules of Probate and Guardianship, hereby moves for entry of an Order Approving Settlement of Minor, and for grounds would state as follows:

1. This medical malpractice action was filed by Plaintiffs, YURIDIA RIOS RIOS and FILOGONEO GARCIA - OJEDA, against Defendant, UNITED STATES OF AMERICA, following delivery of her son, M.C., on December 24, 2015.

2. At or about the time of delivery, A.G.R. suffered a brachial plexus injury.

3. In the Complaint, Plaintiff alleged that the nurse midwife, for whom the UNITED STATES OF AMERICA is vicariously liable, during the labor and delivery process, provided healthcare and medical treatment below accepted medical standards, and that the same resulted in injuries and damages to A.G.R.

4. The Defendant contested liability and the extent of damages, asserting that the healthcare and treatment provided was within accepted medical standards, and that the injuries and damages sustained by A.G.R. were not causally related to any alleged action or inaction on the part of the nurse midwife.

5. The defendant, UNITED STATES OF AMERICA, has made a settlement proposal that is acceptable to the plaintiffs, subject to approval by the Court.

6. In as much as the proposed settlement involves claims of a minor, the settlement requires submission to the Court for approval.

7. YURIODIA RIOS RIOS and FILOGONEO GARCIA - OJEDA, legally competent adults, individually and as parents and natural guardians of A.G.R., a minor, approve and consent to the settlement and distribution of proceeds finding the same fair and reasonable.

8. The Court-Appointed Guardian Ad Litem is submitting his report recommending approval of the settlement to the court for *in camera* review.

9. Plaintiff's counsel certifies pursuant to M.D. Fla. R. 3.01(g) that he has conferred with opposing counsel, Assistant United States Attorney Kyle Cohen, before filing the Motion, and that Mr. Cohen on behalf of the United States consents to the Motion.

WHEREFORE, plaintiff respectfully requests this Court to enter an Order Approving Settlement and authorizing YURIDIA RIOS RIOS and FILOGONEO GARCIA-OJEDA, as parents and natural guardians of A.G.R., a minor, to enter into any and all releases and closing documents necessary to fully and completely effectuate the settlement referenced herein.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the above and foregoing was emailed this 12 day of December 2018 to the attached service list.

KENNETH J. BUSH, P.A.
Attorneys for the Plaintiff(s)
2100 Salzedo Street, Suite 303
Coral Gables, FL 33134
Tel: (305) 443-3795
Fax: (305) 443-3843
bush@kjbushlaw.com

BY _____
KENNETH J. BUSH

**SERVICE LIST**

Kyle S. Cohen, Esquire
Assistant United States Attorney
2110 First Street, Suite 3-137
Ft. Myers, FL 33901

Kenneth M. Oliver
Kubicki Draper
13350 Metro Pkwy Ste 401
Fort Myers, FL 33966-4796
Office: 239-334-8403
Fax: 239-939-0700
ko@kubickidraper.com