UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

A.G.R., a minor, by and through his parents
and natural guardians, Yuridia Rios Rios
and Filogones Garcia-Ojeda,

    Plaintiff,

v.                                             Case No: 2:18-cv-342-FtM-38MRM

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion for Approval of Minor's Settlement, filed on December 12, 2018. (Doc. 23). Plaintiff, by and through his parents and natural guardians, Yuridia Rios Rios and Filogenes Garcia-Ojeda, moves for entry of an order approving the settlement of his medical malpractice claim, pursuant to Fla. Stat. §§ 744.301 and 744.387, and Florida Rule of Probate 5.636. (*Id.* at 1). On December 20, 2018, the Court received an *in camera* report from the court-appointed Guardian Ad Litem, (*see* Doc. 24), which was filed under seal on January 2, 2019, (Doc. 25). The Report included a recommendation that this Court approve the proposed settlement "as being in [A.G.R.'s] best interests." (*Id.* at 5). Before the Court may do so, however, the Court must review "a summary of the terms of the proposed settlement" and "copies of all agreements, releases, or other documents to be executed on behalf of the minor." Fla. Prob. R. 5.636.

Accordingly, the Court hereby **ORDERS** that:

1) **No later than January 25, 2019**, the parties shall submit for the Court's *in camera* review:

a. any written settlement agreement, proposed releases, closing documents, or other materials constituting the parties' proposed agreement to settle this case; and

b. a joint proposed order (in Microsoft Word file format) granting the Motion for Approval of Minor's Settlement (Doc. 23) that complies with Fla. Stat. §§ 744.301 and 744.387, and Florida Rule of Probate 5.636.

2) The parties shall submit the above-mentioned documents *in camera* via email to chambers_flmd_mccoy@flmd.uscourts.gov. After reviewing the emailed submission, the Court will direct the Clerk of Court to file the settlement-related materials under seal so they will form part of the record.

**DONE AND ORDERED** in Fort Myers, Florida on January 16, 2019.

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties